UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2018
JULY 30, 2019 SESSION

FILED
JUL 30 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 3:19-cr-00191
     8 U.S.C. § 1326(a)

**OMAR ALEJANDRO TERAN-PRIETO**

# I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about July 15, 2011, defendant OMAR ALEJANDRO TERAN-PRIETO, an alien, was found at or near Weslaco, Texas, and was subsequently removed from the United States to Mexico on or about July 15, 2011.

2. On or about July 16, 2019, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant OMAR ALEJANDRO TERAN-PRIETO, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

         MICHAEL B. STUART
         United States Attorney

By: _____
    ERIK S. GOES
    Assistant United States Attorney